**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| GEORGE LEWIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 25-CV-13607-AK |
| FIFTH 3RD BANK CINNCINATTI, et al., | ) | |
| Defendants. | ) | |

**ORDER**

**KELLEY, D.J.**

On November 28, 2025, George Lewis filed a *pro se* Complaint using a form offered by United States Courts for the convenience of *pro se* litigants. [Dkt. 1].  Lewis completed the fields of the form in which the plaintiff identifies the parties, but the fields in which the plaintiff is directed to identify the basis of the court's jurisdiction, set forth the statement of his claim, identify the relief sought, and sign the pleading are entirely blank.  On the top margin of one page, Lewis wrote: "Will send completed complaint tomorrow, November 25, 2025." [Id. at 4]. However, to date, Lewis has not filed anything else in this matter.

Under the Federal Rules of Civil Procedure, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.  Because Lewis has not filed a completed complaint, the Court **DISMISSES** this case without prejudice.

**SO ORDERED.**

Dated: April 24, 2026

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge